STATE of Missouri, Respondent,

v.

Elliott R. DUNN, Appellant.

No. WD 53618.

Missouri Court of Appeals,
Western District.

June 9, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court July 28, 1998.

Application to Transfer Denied
Sept. 22, 1998.

W. Brian Gaddy, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of two counts of murder in the first degree, § 565.020.1, RSMo 1994, and two counts of armed criminal action, § 571.015.1, RSMo 1994.

Affirmed. Rule 30.25(b).